Document Number 001
Case Number 06-C-0569-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
12/11/2006 09:56:27 AM CST

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

SONGHUA LIU,

                Plaintiff,

    v.                                                            ORDER

MICHAEL CHERTOFF, EMILIO T. GONZALEZ,        06-C-569-S
ROBERT S. MUELLER and ALBERTO R.
GONZALEZ,

                Defendants.
_____

    Plaintiff moves to voluntarily dismiss the above entitled matter without prejudice. Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the Court grants his request.

ORDER

    IT IS ORDERED that plaintiff's motion to dismiss the above entitled matter without prejudice is GRANTED.

    IT IS FURTHER ORDERED that judgment be entered DISMISSING plaintiff's complaint and all claims contained therein without prejudice.

    Entered this 7th day of December, 2006.

                                    BY THE COURT:

                                    S/

                                    JOHN C. SHABAZ
                                    District Judge